IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                 CRIMINAL NO. 1:15CR79-1
                                        (Judge Keeley)

**JESSICA MCCRACKEN,**

      **Defendant.**

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT RECOMMENDATION REGARDING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 71) AND SCHEDULING SENTENCING HEARING

On September 15, 2015, the defendant, Jessica McCracken ("McCracken"), appeared before United States Magistrate Judge John S. Kaull and moved for permission to enter a plea of GUILTY to Count Seven of the Indictment. McCracken stated that she understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon McCracken's statements during the plea hearing and the testimony of Mark Rogers, Bridgeport Police Department, the magistrate judge found that McCracken was competent to enter a plea, that the plea was freely and voluntarily given, that she was

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. On September 15, 2015, the magistrate judge entered a Report and Recommendation Regarding Plea of Guilty in Felony Case ("R&R") (dkt. no. 71) finding a factual basis for the plea and recommended that this Court accept McCracken's plea of guilty to Count Seven of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** McCracken's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Count Seven of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

USA v. JESSICA MCCRACKEN                                    1:15CR79-1

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer undertake a presentence investigation of **JESSICA MCCRACKEN,** and prepare a presentence report for the Court;

2. The Government and McCracken are to provide their versions of the offense to the probation officer by **October 14, 2015**;

3. The presentence report is to be disclosed to McCracken, defense counsel, and the United States on or before **November 30, 2015**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **December 14, 2015;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **December 28, 2015**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**USA v. JESSICA MCCRACKEN**                                              1:15CR79-1

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **January 11, 2016.**

The magistrate judge continued McCracken on bond pursuant to the Order Setting Conditions of Release (dkt. no. 17) entered on July 28, 2015 and amended on July 31, 2015 (dkt. no. 45).

The Court will conduct the sentencing hearing for the defendant on **Friday, January 22, 2016** at **11:30 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: September 30, 2015

/s/ Irene M. Keeley<br>
IRENE M. KEELEY<br>
UNITED STATES DISTRICT JUDGE